# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | B-35 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

September 3, 2010



Clerk, U.S. District Court
U.S. Courthouse
608 Court Street
Buffalo NY 14202-3328

RE: USA v. Angie L. Jenkins
OUR Case No. 1:10-mj-358  Hon. Joseph G. Scoville
YOUR Case No. 10-m-2135

Dear Court Personnel:

Pursuant to the Rule 5 transfer over the above-named defendant to the Western District of New York filed September 3, 2010, we are herewith sending certified copies of our Commitment to Another District and docket sheet.

The documents that make up the case file are available electronically through PACER. Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance.

Please acknowledge receipt of this transfer case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope. Thank you.

Sincerely,

Tracey Cordes, Clerk

/s/ D. Hand

By: Deputy Clerk

CLOSED

# United States District Court
## Western District of Michigan (Southern Division (1))
## CRIMINAL DOCKET FOR CASE #: 1:10-mj-00358-JGS-1
### Internal Use Only

Case title: USA v. Jenkins
Other court case number: 10-m-2135 Western District of New York

Date Filed: 08/31/2010
Date Terminated: 09/03/2010

Assigned to: Magistrate Judge Joseph G. Scoville

### defendant (1)

**Angie L. Jenkins**
*TERMINATED: 09/03/2010*

represented by **Rhona Delphena Taylor**
Federal Public Defender (Grand Rapids)
50 Louis St. NW, Ste. 500
Grand Rapids, MI 49503-2633
(616) 742-7420
Email: rhona_taylor@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

None

### Highest Offense Level (Opening)

None

### Disposition

### Terminated Counts

None

### Highest Offense Level (Terminated)

None

### Disposition

### Complaints

1:1RF.F Rule 5 proceedings out of the WD of New York

### Disposition

Certified as a True Copy
By _____
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date 9-3-2010

**Plaintiff**

USA                                                  represented by **Julie Ann Woods**
                                                                    U.S. Attorney (Grand Rapids)
                                                                    The Law Bldg.
                                                                    330 Ionia Ave., NW
                                                                    P.O. Box 208
                                                                    Grand Rapids, MI 49501-0208
                                                                    (616) 456-2404
                                                                    Email: julie.woods@usdoj.gov
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2010 |   | ARREST (Rule 5) of Angie L. Jenkins (dmh) (Entered: 08/31/2010) |
| 08/31/2010 | 1 | ARREST WARRANT RETURNED EXECUTED; defendant Angie L. Jenkins arrested on 8/31/2010 (dmh) (Entered: 08/31/2010) |
| 08/31/2010 |   | (Court only) ***Attorney update in case as to Angie L. Jenkins; attorney Julie Ann Woods added for USA (dmh) (Entered: 08/31/2010) |
| 08/31/2010 |   | (NON-DOCUMENT) ORDER APPOINTING FEDERAL PUBLIC DEFENDER as counsel for defendant Angie L. Jenkins; signed by Magistrate Judge Joseph G. Scoville (Magistrate Judge Joseph G. Scoville, mmh) (Entered: 08/31/2010) |
| 08/31/2010 | 2 | NOTICE OF HEARING as to defendant Angie L. Jenkins: detention hearing (continued Rule 5 proceedings) set for 9/2/2010 at 02:30 PM at 740 Federal Building, Grand Rapids, MI before Magistrate Judge Joseph G. Scoville; (Magistrate Judge Joseph G. Scoville, mmh) (Entered: 08/31/2010) |
| 08/31/2010 | 3 | MINUTES held before Magistrate Judge Joseph G. Scoville; FIRST APPEARANCE in Rule 5 proceedings for defendant Angie L. Jenkins; deft's request for court appointed counsel granted; deft admits identity and waives hearing; Gov't seeks detention and deft is remanded to custody of USM pending further proceedings before the magistrate judge; (Proceedings Digitally Recorded) (Magistrate Judge Joseph G. Scoville, dmh) (Entered: 08/31/2010) |
| 08/31/2010 | 4 | WAIVER of Rule 5 and 5.1 hearings by Angie L. Jenkins (dmh) (Entered: 08/31/2010) |
| 08/31/2010 |   | (NON-DOCUMENT) ATTORNEY APPEARANCE of Rhona Delphena Taylor for defendant Angie L. Jenkins (Taylor, Rhona) (Entered: 08/31/2010) |
| 08/31/2010 |   | (Court only) ***Location LC start as to Angie L. Jenkins (dmh) (Entered: 09/02/2010) |
| 09/02/2010 | 7 | MINUTES held before Magistrate Judge Joseph G. Scoville; Date set for PRELIMINARY hearing and DETENTION hearing re: Rule 5 Proceedings as to defendant Angie L. Jenkins; deft waived prelim and proceeds on the issue of |

|            |      |                                                                                                                                                                                                                                                                                                                                       |
|------------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | detention; Gov't presents Exhibits 1-28; deft detained and this case transferred to WD of New York; Commitment to another district to issue; deft remanded to custody of USM; (Proceedings Digitally Recorded) (Magistrate Judge Joseph G. Scoville, dmh) (Entered: 09/03/2010)                                                         |
| 09/02/2010 | 8    | WAIVER of Rule 5 and 5.1 hearings by Angie L. Jenkins (dmh) (Entered: 09/03/2010)                                                                                                                                                                                                                                                     |
| 09/03/2010 | 5    | FINDING AND ORDER on transfer proceedings pursuant to Rule 5(c), Fed. R. Crim. P. as to defendant Angie L. Jenkins; signed by Magistrate Judge Joseph G. Scoville (Magistrate Judge Joseph G. Scoville, mmh) (Entered: 09/03/2010)                                                                                                    |
| 09/03/2010 | 6    | COMMITMENT TO ANOTHER DISTRICT: defendant Angie L. Jenkins committed to Western District of New York; signed by Magistrate Judge Joseph G. Scoville (Magistrate Judge Joseph G. Scoville, mmh) (Entered: 09/03/2010)                                                                                                                  |
| 09/03/2010 |      | (Court only) ***TERMINATED DEFENDANT Angie L. Jenkins, pending deadlines, and motions, ***MAGISTRATE JUDGE CASE TERMINATED as to Angie L. Jenkins pursuant to Commitment to Another District (dmh) (Entered: 09/03/2010)                                                                                                              |
| 09/03/2010 |      | (Court only) ***Procedural P9 interval start as to Angie L. Jenkins (dmh) (Entered: 09/03/2010)                                                                                                                                                                                                                                       |
| 09/03/2010 | 9    | TRANSMITTAL LETTER notifying Western District of New York re Rule 5 documents under case number 10-m-2135 as to defendant Angie L. Jenkins (dmh) (Entered: 09/03/2010)                                                                                                                                                                |
| 09/03/2010 | 10   | ORDER OF DETENTION pending trial as to defendant Angie L. Jenkins; signed by Magistrate Judge Joseph G. Scoville (Magistrate Judge Joseph G. Scoville, ) (Entered: 09/03/2010)                                                                                                                                                        |

Case 1:11-cr-00028-WMS-HBS Document 3 Filed 09/21/10 Page 5 of 9

AO 472 (Rev. 09/08) Detention Order Pending Trial - MIWD (Rev. 10/09)
Case 1:10-mj-00358-JGS Doc #10 Filed 09/03/10 Page 1 of 1 Page ID#10

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN**

United States of America
v.
Angie L. Jenkins
*Defendant*

**ORDER OF DETENTION PENDING TRIAL**

Case No. 1:10 MJ 358 (Transfer to WDNY
No. 10:M 2135)

After conducting a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), I conclude that these facts require that the defendant be detained pending trial.

### Part I – Findings of Fact

____ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has previously been convicted of ____ a federal offense ____ a state or local offense that would have been a federal offense if federal jurisdiction had existed – that is

    ____ a crime of violence as defined in 18 U.S.C. § 3156(a)(4), or an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which the prison term is 10 years or more.

    ____ an offense for which the maximum sentence is death or life imprisonment.

    ____ an offense for which a maximum prison term of ten years or more is prescribed in: _____.*

    ____ a felony committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.

    ____ any felony that is not a crime of violence but involves:
        ____ a minor victim
        ____ the possession or use of a firearm or destructive device or any other dangerous weapon
        ____ a failure to register under 18 U.S.C. § 2250

____ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.

____ (3) A period of less than 5 years has elapsed since the ____ date of conviction ____ defendant's release from prison for the offense described in finding (1).

____ (4) Findings (1), (2) and (3) establish a rebuttable presumption that no condition will reasonably assure the safety of another person or the community. I further find that defendant has not rebutted that presumption.

### Alternative Findings (A)

____ (1) There is probable cause to believe that the defendant has committed an offense

    ____ for which a maximum prison term of ten years or more is prescribed in:
    Controlled Substances Act (21 U.S.C. 801 et seq.)_____.*
    ____ under 18 U.S.C. § 924(c).

____ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the defendant's appearance and the safety of the community.

### Alternative Findings (B)

✓ (1) There is a serious risk that the defendant will not appear.
✓ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

### Part II – Statement of the Reasons for Detention

I find that the testimony and information submitted at the detention hearing establishes by ✓ clear and convincing evidence ____ a preponderance of the evidence that:

defendant is a thirty-five year old woman with a history of hospitalization for mental illness and a history of alcohol abuse. She has five children but no visible means of support beyond public assistance. Defendant is extremely unstable and has attempted or made gestures toward suicide in the recent past. The government's proofs show that defendant continued to pursue an obsessive sexual relationship with a minor boy, even after being contacted by the victim's parents. Defendant exhibits virtually no self-control and cannot be trusted to appear or to refrain from further contact with the victim.

### Part III – Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

Date: September 3, 2010

Judge's Signature: /s/ Joseph G. Scoville

Name and Title: Joseph G. Scoville, U.S. Magistrate Judge

Certified as a True Copy
By _____
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date _____

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 et seq.); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 et seq.); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

FILED - GR
August 31, 2010 2:22 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:____dmh____/

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:10-mj-358 |
| Angie L. Jenkins | ) | Charging District's Case No.  10-m-2135 |
| _Defendant_ | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Western District of New York

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8-31-10

x _Angie L. Jenkins_
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

Certified as a True Copy
By _____
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date   9-3-2010

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Western District of New York |
| Plaintiff, | ) | Case No. 10-M-2135 |
| | ) | |
| v. | ) | Case No. 1:10-mj-358 |
| | ) | |
| ANGIE L. JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**FINDING AND ORDER ON TRANSFER PROCEEDINGS
PURSUANT TO RULE 5(c), FED. R. CRIM. P.**

The defendant having appeared before me for transfer proceedings pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d), the following has occurred of record.

1. The Federal Public Defender was appointed to represent defendant.

2. Defendant admitted identity and waived an identity hearing.

3. Defendant waived a preliminary examination in this district.

4. A detention hearing was held, and the government's motion for detention was granted.

IT IS THEREFORE ORDERED that the defendant be held to answer in the district court in which the prosecution is pending, without bond, without prejudice to a detention hearing in the district of prosecution. Final commitment given the Marshal.

DONE AND ORDERED this 3rd day of September, 2010.

/s/ Joseph G. Scoville
United States Magistrate Judge

Certified as a True Copy
By _____
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date 9-3-2010

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| United States of America | ) |
|---|---|
| v. | ) |
|  | )   Case No.   1:10-mj-358 |
|  | ) |
| ANGIE L. JENKINS | )   Charging District's |
| *Defendant* | )   Case No.   10-M-2135 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Western___ District of ___New York___,
*(if applicable)* _____ division.  The defendant may need an interpreter for this language: _____ .

The defendant:    ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   September 3, 2010                 /s/ Joseph G. Scoville
                                                              *Judge's signature*

                                          Joseph G. Scoville, U.S. Magistrate Judge
                                                              *Printed name and title*

Certified as a True Copy
By _____
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date  9-3-2010

FILED - GR
September 2, 2010 3:39 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:____dmh____/____

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. WDMI # 1:10-MJ-358 |
| ANGIE L. JENKINS | ) | |
| Defendant | ) | Charging District's Case No. WDNY #10-m-2135 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Western District of New York

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9-2-10

*Angie L. Jenkins*
Defendant's signature

*Rhonda D. Taylor*
Signature of defendant's attorney

Rhonda D. Taylor
Printed name of defendant's attorney

Certified as a True Copy
By_____
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date 9-3-2010